# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| VINCELLE CALICA AND RAYMOND CALICA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN DIAMOND RESOURCE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-00775<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>June 10, 2024 |

Pursuant to Local Rules 7(d)(1) and 10(g), Defendant Green Diamond Resource Company ("Green Diamond") and Plaintiffs Vincelle Calica and Raymond Calica (together, the "Parties"), by and through their respective counsel of record, hereby stipulate that Green Diamond's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for 30-days, through and including, July 10, 2024.

Good cause exists for this extension. This case is related to Consolidated Case before this Court, *Gregorio v. Green Diamond Resource Company*, 2:24-cv-00620-JCC (W.D. Wash.). The Parties anticipate that this case will be consolidated with *Gregorio*, and thus it will conserve party and judicial resources if Green Diamond is permitted to answer after consolidation is completed.

As set forth above, Plaintiffs do not oppose the requested relief, and have stipulated to a 30-day extension.

Accordingly, the Parties agree to a 30-day extension of time for Green Diamond to respond

to Plaintiffs' Complaint.

Dated: June 10, 2024

Respectfully submitted,

*/s/ Paul G. Karlsgodt*
Paul G. Karlsgodt, WSBA # 40311
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
T: 303.764.4013
F: 303.861.7805
E: PKarlsgodt@bakerlaw.com

***Attorney for Defendant***

*/s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA # 52684
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
T: 206.682.5600
E: kboyd@tousley.com

***Attorney for Plaintiffs and the Putative Class***

**ORDER**

It is so ORDERED:

Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for 30-days, through and including, July 10, 2024.

Dated this 10th day of June 2024.

*[signature]*

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE